IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RODERICK WASHINGTON,

        Petitioner,                 No. CIV S-07-0182 LKK EFB P

    vs.

ARNOLD SCHWARZENEGGER, et al.,

        Respondents.            ORDER

        Petitioner, a state prisoner without counsel, seeks a writ of habeas corpus. *See* 28 U.S.C. § 2254. He also seeks leave to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915.

        It appears that petitioner challenges the procedures used in a disciplinary hearing at Corcoran State Prison in Kings County, where petitioner is confined. This action should have been commenced in the district court in Fresno. Local Rule 3-120(d). The court takes no action on petitioner's request to proceed *in forma paueris*.

        Accordingly, it is hereby ordered that:

        1. This action is transferred to the district court in Fresno. *See* Local Rule 3-120(f).

        2. The Clerk of Court shall assign a new case number;

///

///

1      3.  The new case number is <u>No. Civ. F-07-329 LJO/DLB</u>.  All future filings shall bear the
2  new case number and shall be filed at:

3    United States District Court
     Eastern District of California
4    2500 Tulare Street
     Fresno, CA 93721

6  Dated:  February 28, 2007.

     _____
     EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE